JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY YAO, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION, a New Jersey Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 8:19-cv-00173 JLS(JDEx)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

| | |
|---|---|
| 1 | The Court, having read and considered the parties' stipulation for dismissal |
| 2 | of this action, and good cause appearing therefor, hereby dismisses the above- |
| 3 | entitled action in its entirety with prejudice.  No costs or attorneys' fees are |
| 4 | awarded to any of the parties. |

DATED: June 26, 2019

**JOSEPHINE L. STATON**
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE